

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 416TH JUDICIAL DISTRICT COURT OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 16th day of March, 2015, the cause on appeal to revise or reverse the judgment between

ANTHONY SHANE KILLEBREW,
Appellant

No. 05-13-01511-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-81884-2012.
Opinion delivered by Justice Lang-Miers.
Justices Francis and Whitehill participating.

was determined; and this Court made its order in these words:
Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:
The "N/A" in the boxes for "Plea to 1st Enhancement Paragraph" and "Findings on 1st Enhancement Paragraph" are deleted and "True" is inserted.

As **MODIFIED**, the judgment is **AFFIRMED**.

      **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

      **WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 29th day of June, 2015.



_____
LISA MATZ, Clerk